Same case below, 422 Fed. Appx. 369.

▮

**No. 10-11147. Damon Lamar Campbell, Petitioner v. E. K. McDaniel, Warden, et al.**

565 U.S. 869, 132 S. Ct. 221, 181 L. Ed. 2d 122, 2011 U.S. LEXIS 6748.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

▮

**No. 10-11148. Michael Ray McMahan, Petitioner v. Texas.**

565 U.S. 869, 132 S. Ct. 221, 181 L. Ed. 2d 122, 2011 U.S. LEXIS 6384, ▮

October 3, 2011. Petition for writ of certiorari to the Court of Criminal Appeals of Texas denied.

▮

**No. 10-11149. Gary Wallace, Petitioner v. Ray Lawler, Superintendent, State Correctional Institution at Huntingdon, et al.**

565 U.S. 869, 132 S. Ct. 221, 181 L. Ed. 2d 122, 2011 U.S. LEXIS 6680.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

▮

**No. 10-11150. Tutuila F. Tuvalu, Petitioner v. Sylvia Huerta-Garcia, Acting Warden.**

565 U.S. 870, 132 S. Ct. 221, 181 L. Ed. 2d 122, 2011 U.S. LEXIS 7076.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 421 Fed. Appx. 768.

▮

**No. 10-11151. Shawn M. Winkler, Petitioner v. Tom Clements, Executive Director, Colorado Department of Corrections, et al.**

565 U.S. 870, 132 S. Ct. 221, 181 L. Ed. 2d 122, 2011 U.S. LEXIS 6574, ▮

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 415 Fed. Appx. 889.

▮

**No. 10-11152. Richard Timmons, Petitioner v. William Lee, Superintendent, Green Haven Correctional Facility, et al.**

565 U.S. 870, 132 S. Ct. 221, 181 L. Ed. 2d 122, 2011 U.S. LEXIS 6976.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

▮

**No. 10-11154. Anthony Arthur Bush, Petitioner v. Cheryl K. Pliler, Warden, et al.**

565 U.S. 870, 132 S. Ct. 222, 181 L. Ed. 2d 122, 2011 U.S. LEXIS 7127.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 413 Fed. Appx. 996.

▮

**No. 10-11156. Ricky Donnell Nelson, Petitioner v. Virginia.**

565 U.S. 870, 132 S. Ct. 222, 181 L. Ed. 2d 122, 2011 U.S. LEXIS 6561.

October 3, 2011. Petition for writ of certiorari to the Supreme Court of Virginia denied.